## PITTSBURGH, C., C. & ST. L. RY. CO. v. UNITED STATES.

(Circuit Court of Appeals, Seventh Circuit. January 7, 1919.)

No. 2508.

In Error to the District Court of the United States for the Eastern Division of the Northern District of Illinois.

The Pittsburgh, Cincinnati, Chicago & St. Louis Railway Company was convicted of a violation of the Elkins Act (Act Feb. 19, 1903, c. 708, 32 Stat. 847 [Comp. St. §§ 8597–8599]), and it brings error. Affirmed.

Timothy J. Scofield, of Chicago, Ill., for plaintiff in error.

Charles F. Clyne, of Chicago, Ill., and J. Carter Fort, for the United States.

Before BAKER, ALSCHULER, and EVANS, Circuit Judges.

ALSCHULER, Circuit Judge. This cause was tried in the District Court with No. 2507, Pennsylvania Co. v. United States, 257 Fed. 261, —— C. C. A. ——, and the causes were here argued together. Barring the fact that the shipments and switching charges which were the subject-matter of the controversy in the respective causes were different, the controlling facts and principles are identical. What we said in our opinion filed concurrently herewith in the Pennsylvania Case is alike applicable here.

The judgment is affirmed.